## 8622.  McCURRY *v.* THE STATE.

GEORGE, J. The evidence was sufficient to warrant the verdict, and the court did not err in overruling the motion for new trial based upon the general grounds only.

> *Judgment affirmed. Wade, C. J., and Luke, J., concur.*
> DECIDED JUNE 13, 1917.

Indictment for misdemeanor; from Floyd superior court— Judge Wright. March 7, 1917.

*Harris & Harris,* for plaintiff in error.

*C. H. Porter, solicitor-general,* contra.